WILLIAM FRIEDMAN, Respondent, v. GERALD W. PERKINS, Appellant, and Others.— Order affirmed, with ten dollars costs and disbursements, on the ground that permission granted to serve the amended reply was within the discretion of the Special Term, and that the plaintiff has a right to plead the defense of the Statute of Frauds. The evidence adduced at the trial will determine whether such plea is sustained. Hinman, Acting P. J., dissents and votes for a reversal on the ground that the contract set forth in appellant's answer, not being one for the creation or transfer of an interest in realty, is not within the Statute of Frauds, ■ and the issues between the parties should be narrowed at this time accordingly.

HARVEY A. GORDON, Respondent, v. BONNIE R. GORDON, Appellant.— Order unanimously affirmed, without costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

JOHN P. KELLY, Appellant, v. JAMES T. JOHNSON, Respondent, and Another.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

SOCONY BURNER CORPORATION, Appellant, v. EDWARD McCLARE, Respondent.— Judgment unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ. [134 Misc. 58.]

WILLIAM ABRAMS, Respondent, v. WILLIAM J. SHARP, Appellant.— Order unanimously affirmed, with costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

EARL W. ELLIOTT, Respondent, v. DATUS CLARK and Others, Doing Business under the Firm Name of DATUS CLARK & SONS, and ERNEST DELORME, Appellants.— Judgment and order reversed, on the law and the facts, and a new trial granted, with costs to the appellants to abide the event, on the ground that the finding that the defendants were negligent was against the weight of the evidence; and for errors in the charge. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

ALBANY HARDWARE AND IRON COMPANY, Respondent, v. LEON G. TYO, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Judicial Settlement of the Accounts of IVA ALLEN, as Administratrix of LEWIS ALLEN, Deceased.— Motion denied, with ten dollars costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PATRICK J. LEAHY and Others, Copartners Doing Business under the Firm Name and Style of LEAHY BROTHERS, Respondents, v. SAMUEL JORDAN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

DANIEL J. MURPHY, Respondent, v. FRANK B. HALL AND COMPANY. Appellant.— Motion denied, with ten dollars costs. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.